JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY HUSTON,<br><br>        Plaintiff,<br><br>    vs.<br><br>BATTELLE MEMORIAL INSTITUTE,<br><br>        Defendant. | Case No. CV 13-5237-MWF(RZx)<br><br>**Judgment After Trial** |

On November 4, 2014, the above matter came on for jury trial between Plaintiff Jay Huston and Defendant Battelle Memorial Institute.  The matter was tried before Judge Michael W. Fitzgerald, in the above-captioned court.   After hearing the evidence and the arguments of counsel, the case was submitted to the jury.  On November 17, 2014, after deliberation, the jury returned a unanimous special verdict (Docket No. 142) that resulted in no damages being awarded to Plaintiff Jay Huston on either remaining claim for relief.

Pursuant to Rules 54(a) and 58(b)(2)(A) of the Federal Rules of Civil Procedure, by reason of the referenced verdict, and by reason of the Court's prior orders in this action, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

Judgment is entered in favor of Defendant Battelle Memorial Institute; and

Plaintiff Jay Huston is to recover nothing by way of his complaint against Defendant Battelle Memorial Institute; and

Defendant Battelle Memorial Institute is a prevailing party for the purpose of the recovery of allowed costs as set forth in Local Civil Rule 54.

DATED: December 2, 2014

_____
MICHAEL W. FITZGERALD
United States District Judge